(93 South. 923)

Ex parte LAMINACK et al. (7 Div. 306.) (Supreme Court of Alabama. April 13, 1922. Rehearing Denied May 11, 1922.) Certiorari to Court of Appeals. Tate & Logan, of Anniston, for appellant. Harwell G. Davis, Atty. Gen., for appellee.

THOMAS, J. Petition of George Laminack et al. for certiorari to the Court of Appeals to review and revise the judgment and decision of said court rendered in the case of George Laminack et al. v. State of Alabama, 18 Ala. App. 400, 92 South. 505. Writ denied.

---

(94 South. 921)

Ex parte LEE. (4 Div. 17.) (Supreme Court of Alabama. Oct. 26, 1922.) Certiorari to Court of Appeals. Powell & Reid, of Andalusia, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

MILLER, J. Petition of B. S. Lee for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of B. S. Lee v. State of Alabama, 18 Ala. App. 632, 94 South. 134. Writ denied.

---

(94 South. 921)

LOUISVILLE & N. R. CO. v. HANCOCK. (6 Div. 764.) (Supreme Court of Alabama. Nov. 30, 1922.) Appeal from Circuit Court, Blount County; O. A. Steele, Judge. Frank Dominick, of Birmingham, and Ward, Nash & Fendley, of Oneonta, for appellant. Russell & Johnson, of Oneonta, for appellee.

PER CURIAM. Affirmed for $1,300 as per agreement.

---

(94 South. 921)

MAGIC CITY MFG. CO. v. MOSES. (6 Div. 601.) (Supreme Court of Alabama. Nov. 28, 1922.) Appeal from Circuit Court, Jefferson County; Dan A. Greene, Judge. D. G. Ewing, of Birmingham, for appellant. Beddow & Oberdorfer, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(94 South. 922)

Ex parte MASTERS. (2 Div. 804.) (Supreme Court of Alabama. Oct. 12, 1922.) Certiorari to Court of Appeals. Thomas F. Seale, of Livingston, for petitioner. Harwell G. Davis, opposed.

THOMAS, J. Petition of Charlie Masters for certiorari to Court of Appeals to review and revise the judgment and decision of said court in the case of Charlie Masters v. State of Alabama, 18 Ala. App. 614, 94 South. 249. Writ denied.

---

(93 South. 923)

MAULDIN v. BLANKINSHIP & LOGAN. (7 Div. 302.) (Supreme Court of Alabama. May 30, 1922.) Appeal from Circuit Court, Shelby County; W. L. Longshore, Judge.

PER CURIAM. Appeal dismissed.

---

(94 South. 922)

MERRITT v. WEBB. (6 Div. 695.) (Supreme Court of Alabama. Nov. 9, 1922.) Appeal from Circuit Court, Jefferson County; J. Q. Smith, Judge. Andress & Coffman, of Birmingham, for appellant. Joel F. Webb, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed by appellant.

---

(93 South. 923)

Ex parte MITCHELL. (7 Div. 324.) (Supreme Court of Alabama. June 15, 1922.) Certiorari to Court of Appeals. L. H. Ellis, of Columbiana, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

THOMAS, J. Petition of Lopez Mitchell for certiorari to the Court of Appeals to review and revise the judgment and decision of said court in the case of Lopez Mitchell v. State of Alabama, 18 Ala. App. 471, 93 South. 46. Writ denied.

---

(94 South. 922)

MOOR v. MOOR. (4 Div. 13.) (Supreme Court of Alabama. Nov. 16, 1922.) Appeal from Circuit Court, Houston County; H. A. Pearce, Judge. O. S. Lewis, of Dothan, for appellant. Reid & Doster, of Dothan, for appellee.

PER CURIAM. Affirmed for failure to comply with rule and failure to file brief.

---

(94 South. 922)

Ex parte OLLINGER. (1 Div. 251.) (Supreme Court of Alabama. Nov. 2, 1922.) Certiorari to Court of Appeals. Smiths, Young & Leigh of Mobile, for petitioner. Armbrecht, Hand & Meredith, of Mobile, opposed.

McCLELLAN, J. Petition by Charles G. Ollinger for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Government Street Lumber Company v. Charles G. Ollinger, 18 Ala. App. 518, 94 South. 177. Writ denied.

---

(93 South. 923)

PACIFIC MUT. LIFE INS. CO. v. ALLBRITTON. (7 Div. 312.) (Supreme Court of Alabama. Oct. 12, 1922.) Appeal from Circuit Court, Etowah County; O. A. Steele, Judge.

PER CURIAM. Reversed and remanded on motion of appellee.

---

(93 South. 923)

Ex parte PATTERSON. (8 Div. 478.) (Supreme Court of Alabama. June 1, 1922.) Certiorari to Court of Appeals. John A. Lusk & Son, of Guntersville, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

GARDNER, J. Petition of Pruitt Patterson for certiorari to Court of Appeals to review and revise the judgment and decision of said court in the case of Pruitt Patterson v. State of Alabama, 18 Ala. App. 507, 93 South. 691. Writ denied.